IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                Plaintiff,                JUDGMENT

  v.

                                                               12-mj-40-slc

MITCHELL WILHOIT,

                Defendant.
_____

On October 12, 2012, this court sentenced defendant Mitchell Wilhoit following his July 12, 2012 guilty plea to the criminal petty offense of simple assault in violation of 18 U.S.C. §113(a)(5) and 49 U.S.C. § 46506(1). As the judgment and sentence of this court,

IT IS ORDERED that:

(1) Defendant Mitchell Wilhoit is sentenced to a three-month term of unsupervised probation ending on January 14, 2012. As conditions of probation:

(A) Defendant shall obey all local, state and federal laws and ordinances.

(B) Defendant shall pay a fine of $500 to the clerk of this court not later than December 14, 2012.

C) Not later than December 14, 2012, defendant shall obtain an AODA from a qualified professional and shall comply with any and all treatment recommendations. Defendant shall file this AODA with the court not later than December 14, 2012.

(D) Defendant shall pay a $10 special assessment to the court. This assessment already has been paid.

Entered this 12th day of October, 2012.

                                      BY THE COURT:

                                      /s/

                                      STEPHEN L. CROCKER
                                      Magistrate Judge